UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| LIVELL FIGGS, #B-38321, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-808-JPG |
| ) | |
| JOHN EVANS, DR. FEINERMAN, C/O FENTON, ) | |
| BRENDA GALE, NURSE TANYA, WILBUR G. ) | |
| PURSELL, CHRISTINE BROWN, ANY AND ALL ) | |
| JOHN/JANE DOE DEFENDANTS, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is plaintiff's motion to compel the defendants to reveal Nurse Tanya's last name. **(Doc. 16).** Plaintiff asserts that he has written several letters to defense counsel requesting Nurse Tanya's last name, all to no avail.

Plaintiff has failed to document his discovery request as required by Local Rule 26.1(b)(3), and the motion suggests no formal discovery request was propounded.

**IT IS THEREFORE ORDERED** that the subject motion to compel **(Doc. 16)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: April 11, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**