UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| LIVELL FIGGS, #B-38321,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOHN EVANS, DR. FEINERMAN, C/O FENTON,  )<br>BRENDA GALE, NURSE TANYA, WILBUR G.  )<br>PURSELL, CHRISTINE BROWN, ANY AND ALL  )<br>JOHN/JANE DOE DEFENDANTS,  )<br>  )<br>  Defendants.  ) | No. 05-808-JPG |

## O R D E R

Before the Court is plaintiff's motion to "compel discovery." **(Doc. 17).** Plaintiff wants the defendants to reveal Nurse Tanya's last name, and to automatically tender all discovery necessary to establish a prima facie case.

Plaintiff has failed to document any formal discovery requests as required by Local Rule 26.1(b)(3), and the motion suggests no formal discovery requests have been propounded. Moreover, plaintiff appears unaware that he bears the burden of gathering the evidence needed to prove his case. Plaintiff must request information and documents via the procedures set forth in the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that the subject motion to compel **(Doc. 17)** is **DENIED** in all respects.

**IT IS FURTHER ORDERED** that on or before **June 1, 2007**, plaintiff shall provide further information to enable service to be effected upon Nurse Tanya, or Nurse Tanya will be dismissed as a defendant.

1

**IT IS SO ORDERED.**

**DATED: April 11, 2007**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**