UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| LIVELL FIGGS, #B-38321, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-808-JPG |
| JOHN EVANS, DR. FEINERMAN, C/O FENTON, BRENDA GALE, NURSE TANYA, WILBUR G. PURSELL, CHRISTINE BROWN, ANY AND ALL JOHN/JANE DOE DEFENDANTS, | ) |
| Defendants. | ) |

### O R D E R

This cause coming before the Court on defendant Fenton's motion to "substitute counsel." **(Doc. 32).** The Court construes the motion as a motion to withdraw Assistant Attorney General Christopher L. Higgerson as counsel of record for defendant Fenton, in light of the entry of Assistant Attorney General Heidi Hildebrand as counsel of record for Fenton.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 32)** is **GRANTED**. The Clerk of Court shall have the record reflect that Assistant Attorney General Christopher L. Higgerson is terminated as counsel of record for defendant Fenton.

**IT IS SO ORDERED.**

**DATED: April 11, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**