IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LIVELL FIGGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   Case No.  05-808-JPG |
| **DR. FEINERMAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, counsels' Motions to Withdraw **(Docs. 42 & 43)** are **GRANTED.**

Greg A. Hunziker and Michelle N. Schneiderheinze are granted leave to withdraw as attorneys for defendants Dr. Feinerman and Brenda Gale.

R. Shelton Frey remains as counsel of record for defendants Dr. Feinerman and Brenda Gale.

**IT IS SO ORDERED.**

**DATED: May 14, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**