IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LIVELL FIGGS**, )
)
       Plaintiff, )
)
V. ) Civil No. **05-808-JPG**
)
**JOHN EVANS, et al.,** )
)
       Defendants. )

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Figgs' motion for entry of default and/or default judgment against defendant William Fenton for failure to timely file an answer or other responsive pleading. **(Doc. 44).**

A review of the record reveals that Defendant Fenton's answer or other responsive pleading was due on February 5, 2007. **(Doc. 24).** On April 2, 2007, Fenton moved for leave to file his responsive pleading out of time. **(Doc. 27).** By order dated April 6, 2007, the Court granted Fenton's motion **(Doc. 29)**, and Fenton's answer was filed that same day **(Doc. 30)**.

**IT IS THEREFORE ORDERED** that plaintiff's motion for entry of default and/or default judgment against defendant William Fenton **(Doc. 44)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: March 10, 2008

                                                    **s/ Clifford J. Proud**
                                                    **CLIFFORD J. PROUD**
                                                    **U. S. MAGISTRATE JUDGE**