IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LIVELL FIGGS**,

      Plaintiff,

V.

**JOHN EVANS, et al.**,

      Defendants.

Civil No. **05-808-JPG**

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Figgs' "Motion for Joinder of Person's[sic]," which the Court construes as a motion to amend the complaint to add a claim against Nurse Brenda Gale, regarding plaintiff being given aspirin instead of Motrin on January 30, 2004. **(Doc. 54).** Plaintiff desires to clarify that he was not offered Tylenol as an alternative to the prescribed Motrin, and he received merely aspirin. At this juncture, Brenda Gale has been dismissed as a defendant. **(Doc. 63).**

A review of the record reveals that plaintiff's claim that Nurse Gale was deliberately indifferent to his serious medical needs was dismissed because a difference of opinion regarding which medication is appropriate does not amount to deliberate indifference. The subject motion was filed before the motion to dismiss was decided, and plaintiff had a full opportunity to discuss and clarify his claim in advance of the Court's decision to dismiss the claim against Nurse Gale. Moreover, the Court's ruling did not hinge on the exact medications prescribed, offered or not offered, or actually given to plaintiff. The claim against Gale was dismissed because plaintiff failed to state a viable legal claim in light of the legal principle that a difference of opinion is

1

insufficient to establish an Eighth Amendment violation. *Garvin v. Armstrong*, 236 F.3d 896, 898 (7th Cir. 2001); *see* Doc. 63.

**IT IS THEREFORE ORDERED** that plaintiff Figgs' "Motion for Joinder of Person's[sic]," **(Doc. 54)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: March 10, 2008**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
