IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LIVELL FIGGS**, )
)
   Plaintiff, )
)
V. ) Civil No. **05-808-JPG**
)
**JOHN EVANS, et al.,** )
)
   Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

  Before the Court is defendant Christine Brown's motion to strike plaintiff's sur-reply to her motion for summary judgment. **(Doc. 79).** Brown correctly observes that "Plaintiff's Response to Defendant's [sic] Brown's Reply" **(Doc. 77)** is a sur-reply. Local Rule 7.1(c) states: " Under no circumstances will sur-reply briefs be accepted."

  **IT IS THEREFORE ORDERED** that defendant Christine Brown's motion to strike **(Doc. 79)** is **GRANTED**. The Clerk of Court shall strike "Plaintiff's Response to Defendant's [sic] Brown's Reply" **(Doc. 77)**.

  **IT IS SO ORDERED.**

  **DATED: August 7, 2008**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **U. S. MAGISTRATE JUDGE**