## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIVELL FIGGS, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 05-808-CJP |
| JOHN EVANS, DR. FEINERMAN, C/O WILLIAM FENTON, BRENDA GALE, NURSE TANYA, WILBERT G. PURSELL, CHRISTINE BROWN, and UNKNOWN JOHN/JANE DOE, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants JOHN EVANS, WILBER G. PURSELL and UNKNOWN JOHN/JANE DOE were dismissed on August 8, 2006 by an Order entered by United States District Judge J. Phil Gilbert (Doc. 7).

Defendant NURSE TANYA was dismissed on June 14, 2007 by an Order entered by United States District Judge J. Phil Gilbert (Doc. 55).

Defendant BRENDA GALE was dismissed on September 13, 2007 by and Order entered by United States District Judge J. Phil Gilbert (Doc. 63).

Defendants DR. FEINERMAN and CHRISTINE BROWN was dismissed on September 18, 2008 by and Order entered by United States District Judge J. Phil Gilbert (Doc. 93)

The remaining issues came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **JOHN EVANS, DR. FEINERMAN, BRENDA GALE, NURSE TANYA, WILBER G. PURSELL, CHRISTINE BROWN** and **UNKNOWN JOHN/JANE DOE** and against plaintiff **LIVELL FIGGS**.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **C/O WILLIAM FENTON** and against plaintiff **LIVELL FIGGS** in accordance with jury verdict returned on April 14, 2010.

Plaintiff shall take nothing from this action.

**DATED** this 14th day of April, 2010

                **NANCY J. ROSENSTENGEL, CLERK**

                **BY: S/ Angela Vehlewald**
                      **Deputy Clerk**

**Approved by   S/ Clifford J. Proud**
            **United States Magistrate Judge**
                  **Clifford J. Proud**